

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00906-CV

**AMERICAN HOME ASSURANCE COMPANY**,
Appellant

v.

Noela **DE LOS SANTOS**, Individually and as next friend of Kimberly A. Ruiz,
Appellee

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 06-11-45222-CV
Honorable Richard C. Terrell, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED, and the cause is REMANDED to the trial court for further proceedings. Costs of court for this appeal are taxed against the parties who incurred them.

SIGNED October 30, 2019.

_____
Patricia O. Alvarez, Justice